# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| COURTNEY ANDERSEN and LISA BURMEISTER, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:23-CV-00140-RWS |
| v. | § § | *LEAD CASE* |
| MID-AMERICA PET FOOD, LLC, | § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Status Report and Update. Docket No. 24. The Court previously granted a stay of all deadlines until August 23, 2024 pending class-wide mediation. Docket No. 23. In the report, the parties informed the Court that they had "reached preliminary agreement on the terms of a nationwide class settlement." Docket No. 24 at 1. The parties state that Plaintiffs will file a notice of voluntary dismissal without prejudice no later than September 12, 2024. *Id.* at 2. Having reviewed the parties' report, the Court finds that good cause exists to extend the stay. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned case are **STAYED** until **September 12, 2024**, pending Plaintiffs' filing of a notice of dismissal. If the matter has not been resolved before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update, in compliance with the Court's standing order regarding proper notification of settlement.

**So ORDERED and SIGNED this 26th day of August, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE